UNITED STATES DISTRICT COURT
NORTHERN DISTRICT WEST VIRGINIA

COUNTRY MUTUAL INSURANCE CO.,

      Plaintiff,                            Civil Action No. 3:22-CV-3 GROH

v.

340 OIL N LUBE, LLC,

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Country Mutual Insurance Co., by counsel, Lee Murray Hall and Jenkins Fenstermaker, PLLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives Notice to the Court that Plaintiff agrees to voluntarily dismiss any and all claims against the 340 Oil N Lube, LLC in the above-referenced civil action, with parties to bear their own costs and fees.  Accordingly, Country Mutual Insurance Co. moves this Court for an Order dismissing Plaintiff's claims against the 340 Oil N Lube, LLC without prejudice.

                               **COUNTRY MUTUAL INSURANCE CO.,**

                               By Counsel,

/s/ Lee Murray Hall
Lee Murray Hall, Esquire (WVSB #6447)
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, West Virginia 25726-2688
Telephone: (304) 523-2100
Fax: (304) 523-2347
E-mail: lmh@jenkinsfenstermaker.com

4869-8877-9056, v. 1